Ciuró, Demandante y Apelado, *v.* Ciuró, Demandada y Apelante.

Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª., en un caso sobre cobro de una cantidad de dinero.

Moción de la parte apelada para que se desestime la apelación.

No. 1090.—Resuelto en enero 20, 1914.

Desestimación de Apelación—Término para Radicar la Transcripción de Autos—Falta de Exposición del Caso.—Vencidas las prórrogas concedidas por la corte sentenciadora para presentar la exposición del caso sin que ésta se haya en efecto presentado, debe concluirse que no existe tal documento, y, en su consecuencia, que la transcripción de los autos debió radicarse en la secretaría de la Corte Suprema dentro del término de 30 días que prescribe la sección 40 del reglamento. Transcurrido dicho término sin que se radique la transcripción, procede la desestimación del recurso.

Los hechos están expresados en la opinión.
Abogado de la apelante: *Sr. Eugenio Benítez Castaño.*
Abogado del apelado: *Sr. Luis Freyre Barbosa.*

El Juez Asociado Sr. del Toro, emitió la opinión del tribunal.

El 7 de enero de 1914 la parte apelada radicó en la Secretaría de esta Corte Suprema, una moción notificada al abogado de la parte contraria, solicitando la desestimación del recurso. La vista de dicha moción se celebró el 19 de enero actual sin asistencia de ninguna de las partes.

De la moción, de la certificación acompañada a la misma y de las demás constancias del expediente, aparece que la Corte de Distrito de San Juan, Sección 1ª., dictó sentencia final en el caso el 2 de agosto de 1913 en favor del demandante; que en 2 de septiembre de 1913 la parte demandada

apeló de la sentencia para ante este Tribunal Supremo; que la parte apelante manifestó su intención de presentar una exposición del caso y al efecto solicitó y obtuvo diferentes pró-rrogas, habiéndosele concedido la última en 31 de diciembre de 1913 por el término improrrogable de tres días, y que trans curridos dichos tres días la parte apelante no presentó la exposición del caso.

Siendo esto así, es necesario concluir que no existe expo-sición del caso y que en tal virtud la transcripción del récord debió haberse archivado en la Secretaría de esta Corte Su-prema dentro de los 30 días después de haberse presentado el escrito de apelación. Sección 40 del Reglamento del Tri-bunal Supremo, 17 D. P. R., LXX.

El escrito de apelación se presentó como hemos indicado el 2 de septiembre de 1913 y aun no se ha archivado en la Se-cretaría de esta Corte Suprema la transcripción del récord. La petición de la parte apelada es claramente procedente. Sección 58 del Reglamento del Tribunal Supremo, 17 D. P. R., LXXIII.

Debe desestimarse la apelación.

*Desestimada la apelación.*

Jueces concurrentes: Sres. Presidente Hernández y Aso-ciados Wolf y Aldrey.